HOWARD HOLDERNESS (SBN 169814)
hholderness@morganlewis.com
ESTHER K. RO (SBN 252203)
ero@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

MATTHEW J. SIEMBIEDA (admitted *pro hac vice*)
msiembieda@morganlewis.com
DIANA P. CORTES (admitted *pro hac vice*)
dcortes@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-5000
Facsimile: (215) 963-5001

Attorneys for Defendant and Counterclaimant
NORDDEUTSCHE SEEKABELWERKE GMBH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SCHILLING ROBOTICS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>NORDDEUTSCHE SEEKABELWERKE GMBH, et. al.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. 2:11-cv-00311-FCD-GGH<br><br>Complaint Filed: November 30, 2010<br><br>**STIPULATION AND ORDER TO EXTEND THE JOINT STATUS REPORT FILING DATE TO APRIL 15, 2011** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB1/66947128.1

STIPULATION RE: JSR FILING DATE
2:11-CV-00311-FCD -GGH

1   WHEREAS, on February 2, 2011, this case was timely removed by Norddeutsche Seekabelwerke GMBH ("NSW") to the United States District Court, Eastern District of California;

4   WHEREAS, on or about February 3, 2011, the Court issued an Order Requiring Joint Status Report to be filed within sixty (60) days from the date of removal, which is April 4, 2011;

6   WHEREAS, NSW and Schilling Robotics, LLC ("Schilling") (collectively, the "Parties") are in the process of conferring, as required by Federal Rules of Civil Procedure Rule 26(f), and preparing the Joint Status Report;

9   WHEREAS, the mother of lead counsel for NSW, Matthew Siembieda, recently passed away, and Mr. Siembieda will have a very limited ability to participate in further conferring and preparing of the Joint Status Report prior to the original filing deadline;

12   WHEREAS, the lead counsel for Schilling, Matthew Covington, will be unavailable from April 2, 2011 through April 10, 2011;

14   WHEREAS, no dates for a status conference, or any other proceedings, have yet been set by the Court;

16   WHEREAS, the Parties have shown good cause under Federal Rules of Civil Procedure 16(b)(4) to modify the Order Requiring Joint Status Report, and therefore respectfully request the Court to enter the Proposed Order to this Stipulation;

19   //
20   //
21   //
22   //
23   //
24   //
25   //
26   //
27   //
28   //

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB1/66947128.1                                    1                    STIPULATION RE: JSR FILING DATE
                                                                       2:11-CV-00311-FCD -GGH

**STIPULATION**

IT IS HEREBY STIPULATED by and between the Parties hereto, through their respective attorneys of record, that the Parties will file their Joint Status Report by April 15, 2011.

Dated: March 29, 2011               DLA PIPER US LLP

                                    By: /s/ Matthew S. Covington
                                        Matthew S. Covington
                                        Attorneys for Plaintiff and
                                        Counterdefendant SCHILLING
                                        ROBOTICS, LLC

Dated: March 29, 2011               MORGAN, LEWIS & BOCKIUS LLP

                                    By: /s/ Howard Holderness
                                        Howard Holderness
                                        Attorneys for Defendant and
                                        Counterclaimant
                                        NORDDEUTSCHE SEEKABELWERKE
                                        GMBH

**IT IS SO ORDERED.**

Dated: March 30, 2011               _____
                                    FRANK C. DAMRELL, JR.
                                    UNITED STATES DISTRICT JUDGE

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

DB1/66947128.1

2

STIPULATION RE: JSR FILING DATE
2:11-CV-00311-FCD -GGH