IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA[1]

SCHILLING ROBOTICS, LLC,

    Plaintiff,     No. CIV S-11-0311 FCD GGH

    vs.

NORDDEUTSCHE SEEKABEL
WERKE GMBH, et al.,

    Defendants.     ORDER
_____/

And Related Counterclaim_____/

    This court has considered the Parties' Proposed Stipulated Protective Order.

    GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Parties' Stipulated Protective Order is GRANTED with the following modifications.  The substantive standards set forth by the Ninth Circuit for filing documents under seal are found in <u>Pintos v. Pacific Creditors Ass'n.</u>, 605 F.3d 665, 678 (9th Cir. 2010) and <u>Phillips v. General Motors Corp.</u>, 307 F.3d 1206, 1210 (9th Cir. 2002).

    Any confidential material filed with the court, sealed or otherwise, will not be

---

[1] For nearly half a century, there has been no "Northern District of California, Sacramento Division."  The parties shall correct their masthead to read "Eastern District of California."

1  returned at the conclusion of the litigation.

2      Procedurally, the parties must comply with E. D. Local Rules 141 and 141.1
3  regarding the sealing of documents.

4      The provision regarding jurors' adherence to this protective order is stricken, and
5  shall, if necessary, be raised as an issue at pretrial conference.

6      IT IS SO ORDERED.

7  DATED: July 25, 2011

8                /s/ Gregory G. Hollows
                 UNITED STATES MAGISTRATE JUDGE
9

10  GGH:076/Schilling0311.po.wpd